**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_Western_ District of _Wisconsin_
                    (State)

Case number *(if known)*: _____ Chapter _1B_

FILED/REC'D

2025 JUL 30 A 8: 59

CLERK
U.S. BANKRUPTCY COURT
WD OF WI

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    _Marilyn May Sloniker Bankruptcy Estate_

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    _33-6936694_

4. **Debtor's address**

   Principal place of business

   _2442 W Beloit NewarkRd_
   Number    Street

   _Beloit_    _WI 53511_
   City         State   ZIP Code

   _Rock_
   County

   Mailing address, if different from principal place of business

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City         State   ZIP Code

   Location of principal assets, if different from principal place of business

   _____
   Number    Street

   _____
   City         State   ZIP Code

5. **Debtor's website (URL)**    _____

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor __Marilyn May Slonikers Bankruptcy Estate__
Name

Case number (if known) _____

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☒ Other. Specify: __Estate_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☒ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

Debtor **Marilyn May Stoniker Bankruptcy Estate**
Name

Case number (if known)_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____   Relationship _____

District _____   When _____ / _____ / _____
                                        MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

47a House St
Vacant lot
2443 W County Q Rd
aka 2442 W Beloit Newark Rd
2655 Jerry Thomas Pkwy
2446 Butlin Dr
2157 Schuster Dr
1702 House St
1230 House St
246 W Grand Av

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other Bank fraud - Bank trying to sell properties that are paid for in full   see list

Where is the property?  multiple addresses
Number   Street

Beloit _____   WI  53511
City                          State ZIP Code

Is the property insured?

☒ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 3

Debtor _Marilyn May Sloniker Bankruptcy Estate_    Case number *(if known)*_____
          Name

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## ▮ Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _7/25/25_
            MM / DD / YYYY

✗ _sloniker marilyn may_            Printed name _Sloniker, marilyn may_
Signature of authorized representative of debtor

Title _Executrix_

**18. Signature of attorney**

✗ _____    Date _____
Signature of attorney for debtor            MM / DD / YYYY

Printed name _____

Firm name _____

Number    Street _____

City _____  State _____  ZIP Code _____

Contact phone _____    Email address _____

Bar number _____    State _____

**Fill in this information to identify the case:**

Debtor name Marilyn May Sbaiter Bankruptcy Estate

United States Bankruptcy Court for the: Western District of Wisconsin
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Educators 1326 Willow Rd Mt Pleasant WI 53177 | | | disputed | | | 1.3 million |
| 2 | PHH Mortgage PO Box 24738 West Palm Beach Fl 33416-4736 | | | disputed | | | 60,000 |
| 3 | IRS PO Box 7346 Philadelphia PA 19101-7346 | | | disputed | | | 65000 |
| 4 | WI Dept of Revenue 2135 Rimrock Rd Madison WI 53708 | | | disputed | | | 90,000 |
| 5 | Schloemer Law 1435 Main St #3 West Bend WI 53095 | | | disputed | | | 25,000 |
| 6 | Angus Young 555 S River Rd Janesville WI 53548 | | | disputed | | | 20,500 |
| 7 | John Deere PO Box 4450 Carol Stream Il 60197-7445 | | | disputed | | | 50,000 |
| 8 | John Deere PO Box 4450 Carol Stream Il 60197-7445 | | | disputed | | | 9000 |

Debtor   Marilyn May Sloniker Bankruptcy Estate
_____   Case number (if known)_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9  Alliant Energy PO Box 351 91 Cedar Rapids, Iowa 52406-0351 | | | disputed | | | 50,000 |
| 10  Rock County Clerk of courts 51 S Main St Janesville, WI 53545 | | | disputed | | | 50,000 |
| 11  Rock County Treasurer 51 S Main St Janesville WI 53545 | | | disputed | | | 50000 |
| 12  Sheffield Financial PO Box 580229 Charlotte NC 28258-0229 | | | disputed | | | 5,000 |
| 13  LRS CofL 304 W Sunny Ln Janesville WI 53545 | | | disputed | | | 5000 |
| 14  Batterman 28575 Bartells Dr Beloit WI 53511 | | | disputed | | | 10000 |
| 15  Morona Plumbing 3126 Watford Way Madison, WI 53713 | | | disputed | | | 5000 |
| 16  First Mid 1515 Charleston Av Mattoon Fl 61938 | | | disputed | | | 500 |
| 17  Pieper Electric PO Box 88601 Milwaukee WI 53288-8601 | | | disputed | | | 4000 |
| 18  Per Mar PO Box 1101 Davenport IA 52805-1101 | | | disputed | | | 700 |
| 19  Russell Law Firm PO Box 356 Schyllsburg WI 53580 | | | disputed | | | 1845.48 |
| 20  Leyton PO Box 2471 Waburn MA 01888 | | | disputed | | | 2596.63 |

Fill in this information to identify the case:

Debtor name _Marilyn MayShaker Bankruptcy Estate_

United States Bankruptcy Court for the: _Western_ _____ District of _Wisconsin_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................    $ __0__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................    $ __0__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................    $ __0__

---

**Part 2:    Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..............................    $ __0__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........................................    $ __0__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........................    + $ __459,769.61__

4. **Total liabilities**................................................................................................    $ __459,769.61__
   Lines 2 + 3a + 3b

---

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td>Marilyn May Sloniker Bankruptcy Estate</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Western    District of Wisconsin<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td>_____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

2. **Cash on hand**                                                   $  0

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | ____ ____ ____ ____ | $  0 |
   | 3.2. _____ | _____ | ____ ____ ____ ____ | $  0 |

4. **Other cash equivalents** *(Identify all)*

   | | |
   |---|---|
   | 4.1. _____ | $  0 |
   | 4.2. _____ | $ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $  0

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | |
   |---|---|
   | 7.1. _____ | $_____ |
   | 7.2. _____ | $_____ |

Debtor    Marilyn May Sloniker Bankruptcy Estate    Case number (if known) _____
         Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____  $ _____

8.2._____  $ _____

9. **Total of Part 2.**    $ 0

Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➤   $ 0
                          face amount        doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➤   $ 0
                       face amount        doubtful or uncollectible accounts

12. **Total of Part 3**    $ 0

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $ 0

14.2. _____  _____  $ 0

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:          % of ownership:

15.1._____  _____ %  _____  $ 0

15.2._____  _____ %  _____  $ 0

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. IRS credits for Bankruptcy estate  _____  $ 9,999,999,999

16.2. _____  $ _____

17. **Total of Part 4**    $ 9,999,999,999

Add lines 14 through 16. Copy the total to line 83.

Debtor  Marilyn May Sloniker Bankruptcy Estate
       _____
       Name

Case number (*if known*)_____

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
   ☒ No. Go to Part 6.
   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
   Add lines 19 through 22. Copy the total to line 84.

   $_____0_____

24. **Is any of the property listed in Part 5 perishable?**
   ☒ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☒ No
   ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
   ☒ No. Go to Part 7.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor _Marilyn May Sloniker Bankruptcy Estate_    Case number (if known)_____

Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

34. **Is the debtor a member of an agricultural cooperative?**

☒ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☒ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    Marilyn May Stoniker Bankruptcy Estate    Case number *(if known)*_____
              Name

---

**Part 8:    Machinery, equipment, and vehicles**

46.    **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48.    **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49.    **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51.    **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$    0

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor _Marilyn May Sloniker Bankruptcy Estate_    Case number (if known)_____
         Name

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    $_____

---

Debtor _Marilyn May Sloniker Bankruptcy Estate_____   Case number (if known)_____
       Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____   _____ – _____ =→ $_____
                            Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____0_____
_____   Tax year _____   $_____0_____
_____   Tax year _____   $_____0_____

73. **Interests in insurance policies or annuities**

_____                     $_____0_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                     $_____0_____

Nature of claim       _____
Amount requested      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                     $_____0_____

Nature of claim       _____
Amount requested      $_____

76. **Trusts, equitable or future interests in property**

_____                     $_____0_____

77. **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

_____                     $_____0_____
_____                     $_____0_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                 $_____0_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor _Marilyn May Stoniker Bankruptcy Estate_____     Case number (if known)_____
       Name

# Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $_____ | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $_____ | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $_____ | |
| 83. Investments. *Copy line 17, Part 4.* | $_____ | |
| 84. Inventory. *Copy line 23, Part 5.* | $_____ | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $_____ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $_____ | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $_____ | |
| 88. Real property. *Copy line 56, Part 9.* . ................................................→ | | $_____ |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $_____ | |
| 90. All other assets. *Copy line 78, Part 11.* | + $_____ | |
| 91. Total. Add lines 80 through 90 for each column...........91a. | $_____ | + 91b. $_____ |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ................................................     $_____

Fill in this information to identify the case:

Debtor name  Marilyn May Sloniker Bankruptcy Estate

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** | Creditor's name

Describe debtor's property that is subject to a lien

$_____   $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

_____

**2.2** | Creditor's name

Describe debtor's property that is subject to a lien

$_____   $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

  - ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $_____

Debtor _Marilyn May Sloniker Bankruptcy Estate_    Case number (if known) _____
　　　　　Name

| | Column A | Column B |
|---|---|---|
| **Part 1:** Additional Page | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** Creditor's name                                 Describe debtor's property that is subject to a lien

_____    _____    $_____    $_____

Creditor's mailing address                              _____

_____    _____

_____    **Describe the lien**

Creditor's email address, if known                      _____

_____    **Is the creditor an insider or related party?**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　❑ No
　　　　　　　　　　　　　　　　　　　　　　　　　　　　❑ Yes

Date debt was incurred _____                     **Is anyone else liable on this claim?**
Last 4 digits of account                                ❑ No
number　　　___ ___ ___ ___                              ❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the           **As of the petition filing date, the claim is:**
same property?                                          Check all that apply.
❑ No
❑ Yes. Have you already specified the relative          ❑ Contingent
　　　priority?                                          ❑ Unliquidated
　　❑ No. Specify each creditor, including this          ❑ Disputed
　　　　creditor, and its relative priority.

　　　　_____
　　　　_____
　　　　_____

　　❑ Yes. The relative priority of creditors is
　　　　specified on lines _____

**2.__** Creditor's name                                 Describe debtor's property that is subject to a lien

_____    _____    $_____    $_____

Creditor's mailing address                              _____

_____    _____

_____    **Describe the lien**

Creditor's email address, if known                      _____

_____    **Is the creditor an insider or related party?**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　❑ No
　　　　　　　　　　　　　　　　　　　　　　　　　　　　❑ Yes

Date debt was incurred _____                     **Is anyone else liable on this claim?**
Last 4 digits of account                                ❑ No
number　　　___ ___ ___ ___                              ❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the           **As of the petition filing date, the claim is:**
same property?                                          Check all that apply.
❑ No
❑ Yes. Have you already specified the relative          ❑ Contingent
　　　priority?                                          ❑ Unliquidated
　　❑ No. Specify each creditor, including this          ❑ Disputed
　　　　creditor, and its relative priority.

　　　　_____
　　　　_____
　　　　_____

　　❑ Yes. The relative priority of creditors is
　　　　specified on lines _____

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page ___ of ___

Debtor    Marilyn May Sloniker Bankruptcy Estate _____ Case number *(if known)* _____
          Name

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor _Marilyn May Slomiker Bankruptcy Estate_

United States Bankruptcy Court for the: _Western_ District of _Wisconsin_
(State)

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim $_____    Priority amount $_____

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim $_____    Priority amount $_____

**2.3** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim $_____    Priority amount $_____

Debtor    Marilyn May Sloniker Bankruptcy Estate    Case number *(if known)* _____
　　　　　　Name

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total claim　　　　　Priority amount

　　　　　　　　　　　　　　　　　　　　　　　　　　　$_____　$_____

**2._** Priority creditor's name and mailing address

　　　　　　　　　　　　　　　　　**As of the petition filing date, the claim is:**
_____　*Check all that apply.*
_____　❏ Contingent
_____　❏ Unliquidated
　　　　　　　　　　　　　　　　　❏ Disputed

**Date or dates debt was incurred**　**Basis for the claim:**
_____　_____

**Last 4 digits of account**　　　　**Is the claim subject to offset?**
**number** ___ ___ ___ ___　　　　❏ No
　　　　　　　　　　　　　　　　　❏ Yes
**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**2._** Priority creditor's name and mailing address

　　　　　　　　　　　　　　　　　**As of the petition filing date, the claim is:**
_____　*Check all that apply.*
_____　❏ Contingent
_____　❏ Unliquidated
　　　　　　　　　　　　　　　　　❏ Disputed

**Date or dates debt was incurred**　**Basis for the claim:**
_____　_____

**Last 4 digits of account**　　　　**Is the claim subject to offset?**
**number** ___ ___ ___ ___　　　　❏ No
　　　　　　　　　　　　　　　　　❏ Yes
**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**2._** Priority creditor's name and mailing address

　　　　　　　　　　　　　　　　　**As of the petition filing date, the claim is:**
_____　*Check all that apply.*
_____　❏ Contingent
_____　❏ Unliquidated
　　　　　　　　　　　　　　　　　❏ Disputed

**Date or dates debt was incurred**　**Basis for the claim:**
_____　_____

**Last 4 digits of account**　　　　**Is the claim subject to offset?**
**number** ___ ___ ___ ___　　　　❏ No
　　　　　　　　　　　　　　　　　❏ Yes
**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**2._** Priority creditor's name and mailing address

　　　　　　　　　　　　　　　　　**As of the petition filing date, the claim is:**
_____　*Check all that apply.*
_____　❏ Contingent
_____　❏ Unliquidated
　　　　　　　　　　　　　　　　　❏ Disputed

**Date or dates debt was incurred**　**Basis for the claim:**
_____　_____

**Last 4 digits of account**　　　　**Is the claim subject to offset?**
**number** ___ ___ ___ ___　　　　❏ No
　　　　　　　　　　　　　　　　　❏ Yes
**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

Debtor  Marilyn May Sloniker Bankruptcy Estate    Case number (if known) _____
       Name

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

                                                              Amount of claim

**3.1**  Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:    $ 1,300,000
Educators Credit Union                 *Check all that apply.*
1326 Willow Rd                    ☐ Contingent
Mt Pleasant WI 53177            ☐ Unliquidated
                                    ☒ Disputed

Date or dates debt was incurred   11/17/2017-2022    Basis for the claim: debt was discharged

Last 4 digits of account number   8 accounts    Is the claim subject to offset?
                                      ☐ No
                                      ☒ Yes

**3.2**  Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:    $ 60,000
PHH Mortgage                      *Check all that apply.*
PO Box 24736                      ☐ Contingent
West Palm Beach Fl 33416-4736    ☐ Unliquidated
                                      ☒ Disputed

Date or dates debt was incurred   _____    Basis for the claim: debt was discharged

Last 4 digits of account number   _____    Is the claim subject to offset?
                                      ☐ No
                                      ☒ Yes

**3.3**  Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:    $ 50,000
John Deere                      *Check all that apply.*
PO Box 4450                     ☐ Contingent
Carol Stream, Il 60197-4450     ☐ Unliquidated
                                      ☐ Disputed   Basis for the claim: debt was discharged

Date or dates debt was incurred   5/2022    Is the claim subject to offset?
Last 4 digits of account number   4678     ☐ No
                                      ☒ Yes       5000

**3.4**  Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:    $ ~~30,000~~
Sheffield Financial               *Check all that apply.*
PO Box 580229                  ☐ Contingent
Charlotte NC 28258-0229        ☐ Unliquidated
                                      ☒ Disputed   Basis for the claim: debt was discharged

Date or dates debt was incurred   _____    Is the claim subject to offset?
Last 4 digits of account number   _____    ☐ No
                                      ☐ Yes

**3.5**  Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:    $ 9,000
John Deere                      *Check all that apply.*
PO Box 4450                     ☐ Contingent
Carol Stream, Il 60197-7445     ☐ Unliquidated
                                      ☒ Disputed   Basis for the claim: debt was discharged

Date or dates debt was incurred   2023    Is the claim subject to offset?
Last 4 digits of account number   3672     ☐ No
                                      ☒ Yes

**3.6**  Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:    $ 50,000
Alliant Energy                    *Check all that apply.*
PO Box 351                      ☐ Contingent
Cedar Rapids                 ☐ Unliquidated
                                      ☒ Disputed   Basis for the claim: debt was discharged

Date or dates debt was incurred   2023-2025    Is the claim subject to offset?
Last 4 digits of account number   multiple accounts    ☐ No
                                      ☒ Yes

Debtor Marilyn May Sloniker Bankruptcy Estate   Case number (if known) _____
_____
Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

3.___ **Nonpriority creditor's name and mailing address**

Royal Publishing

7620 N Harker Dr

Peoria IL 61615-1844

**As of the petition filing date, the claim is:** $ 100
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Consumer debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

LRS → GFL

304 W Sunny Lane

Janesville WI 53545

**As of the petition filing date, the claim is:** $ 5,000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Consumer debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☒ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

Per Mar

PO Box 1101

Davenport IA 52805-1101

**As of the petition filing date, the claim is:** $ 700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** 2024

**Last 4 digits of account number** 6364

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

Rock County Treasurer

51 S Main St

Janesville WI 53545

**As of the petition filing date, the claim is:** $ 50,000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

Pieper Electric

PO Box 88601

Milwaukee WI 53288-8601

**As of the petition filing date, the claim is:** $ 4000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Consumer debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 4773

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Marilyn May Slomiker Bankruptcy Estate     Case number (if known) _____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.__  Nonpriority creditor's name and mailing address

Wisconsin Dpt of Revenue

2135 Rimrock Rd

Madison, WI 53708

**As of the petition filing date, the claim is:**  $ 90,000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  taxes

Date or dates debt was incurred  2022

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

3.__  Nonpriority creditor's name and mailing address

Russell Lawfirm

PO Box 356

Schullsburg WI 53586

**As of the petition filing date, the claim is:**  $ 1845.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Consumer debt

Date or dates debt was incurred  2024

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

3.__  Nonpriority creditor's name and mailing address

Layton

PO Box 2471

Waburn MA 01888

**As of the petition filing date, the claim is:**  $ 2596.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Consumer debt

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

3.__  Nonpriority creditor's name and mailing address

Schloemer Law

1435 Main St #3

West Bend WI 53095

**As of the petition filing date, the claim is:**  $ 25,000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Consumer debt

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

3.__  Nonpriority creditor's name and mailing address

Angus Young

555 S River Rd

Janesville WI 53548

**As of the petition filing date, the claim is:**  $ 20,000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Consumer debt

Date or dates debt was incurred  2022

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _Marilyn May Sloniker Bankruptcy Estate_    Case number _(if known)_ _____
     Name

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.__  **Nonpriority creditor's name and mailing address**

Batterman

2857 S Bartells Dr

Beloit WI 53548

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor
disputed

Basis for the claim: _____

$ 10,000

Date or dates debt was incurred    2020
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

3.__  **Nonpriority creditor's name and mailing address**

Monona Plumbing

3126 Watford Way

Madison WI 53713

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

$ 5,000

Date or dates debt was incurred    2025
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

3.__  **Nonpriority creditor's name and mailing address**

RGS Financial

1305 Main St

Stevens Point WI 54481-2830

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Consumer debt

$ 406.45

Date or dates debt was incurred    2023
Last 4 digits of account number    4615

Is the claim subject to offset?
☒ No
☐ Yes

---

3.__  **Nonpriority creditor's name and mailing address**

ARS Nation Services Inc

PO Box 469100

Escondido CA 92046-9100

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Consumer debt

$ 621.05

Date or dates debt was incurred    2022
Last 4 digits of account number    7650

Is the claim subject to offset?
☒ No
☐ Yes

---

3.__  **Nonpriority creditor's name and mailing address**

First Mid

1515 Charleston Av

Mattoon IL 61938

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

$ 500

Date or dates debt was incurred    2024
Last 4 digits of account number    0112

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor  _Marilyn May Sloniker Bankruptcy Estate_   Case number (if known) _____
          Name

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.___** Nonpriority creditor's name and mailing address

_IRS_

_PO Box 7346_
_Philadelphia PA 19101-7346_

As of the petition filing date, the claim is:   $ _65,000_
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _taxes debt discharged_

Date or dates debt was incurred  _2023_

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**3.___** Nonpriority creditor's name and mailing address

_Rock County Clerk of Courts_
_51 S Main St_
_Janesville WI 53545_

As of the petition filing date, the claim is:   $ _50,000_
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: _racketeering_

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**3.___** Nonpriority creditor's name and mailing address

_____
_____
_____
_____

As of the petition filing date, the claim is:   $ _____
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**3.___** Nonpriority creditor's name and mailing address

_____
_____
_____
_____

As of the petition filing date, the claim is:   $ _____
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**3.___** Nonpriority creditor's name and mailing address

_____
_____
_____
_____

As of the petition filing date, the claim is:   $ _____
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Debtor  Marilyn May Sloniker Bankruptcy Estate          Case number (if known) _____
        _____Name_____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. none | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | *Marilyn May Sloniker Bankruptcy Estate* | | Case number (if known) | |
| | Name | | | |

**Part 3:   Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor  _Marilyn May Sloniker Bankruptcy Estate_    Case number (if known) _____
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.  **Add the amounts of priority and nonpriority unsecured claims.**

                                                                    Total of claim amounts

5a.  **Total claims from Part 1**                    5a.    $ ___0_____

5b.  **Total claims from Part 2**                    5b.   + $ 459,769.61_____

5c.  **Total of Parts 1 and 2**                      5c.    $ 459,769.61
     Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name _Marilyn May Sloniker Bankruptcy Estate_

United States Bankruptcy Court for the: _Western_ District of _Wisconsin_
(State)

Case number (If known): _____    Chapter _13_

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

|  |  | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | none |
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest |  |
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest |  |
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest |  |
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest |  |
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    page 1 of ___

Debtor   Marilyn May Sloniker Bankruptcy Estate _____   Case number (if known) _____
        Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                State the name and mailing address for all other parties with
                                                        whom the debtor has an executory contract or unexpired lease

2.__   State what the contract or        none
       lease is for and the nature    _____          _____
       of the debtor's interest

       State the term remaining      _____          _____

       List the contract number of  _____          _____
       any government contract

2.__   State what the contract or     _____          _____
       lease is for and the nature
       of the debtor's interest

       State the term remaining      _____          _____

       List the contract number of  _____          _____
       any government contract

2.__   State what the contract or     _____          _____
       lease is for and the nature
       of the debtor's interest

       State the term remaining      _____          _____

       List the contract number of  _____          _____
       any government contract

2.__   State what the contract or     _____          _____
       lease is for and the nature
       of the debtor's interest

       State the term remaining      _____          _____

       List the contract number of  _____          _____
       any government contract

2.__   State what the contract or     _____          _____
       lease is for and the nature
       of the debtor's interest

       State the term remaining      _____          _____

       List the contract number of  _____          _____
       any government contract

2.__   State what the contract or     _____          _____
       lease is for and the nature
       of the debtor's interest

       State the term remaining      _____          _____

       List the contract number of  _____          _____
       any government contract

2.__   State what the contract or     _____          _____
       lease is for and the nature
       of the debtor's interest

       State the term remaining      _____          _____

       List the contract number of  _____          _____
       any government contract

```
Fill in this information to identify the case:

Debtor name    Marilyn May Slonker Bankruptcy Estate

United States Bankruptcy Court for the:  Western        District of  Wisconsin
                                                               (State)

Case number (If known): _____
```

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 _____ | _____ Street <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ Street <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ Street <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ Street <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | _____ Street <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | _____ Street <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor     Marilyn May Slomker Bankruptcy Estate          Case number (if known)_____
           _____
           Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column 1: Codebtor**

| Name | Mailing address | | | **Column 2: Creditor** Name | Check all schedules that apply: |

2.__ None

Street _____

City _____ State _____ ZIP Code _____

☐ D
☐ E/F
☐ G

2.__ _____

Street _____

City _____ State _____ ZIP Code _____

☐ D
☐ E/F
☐ G

2.__ _____

Street _____

City _____ State _____ ZIP Code _____

☐ D
☐ E/F
☐ G

2.__ _____

Street _____

City _____ State _____ ZIP Code _____

☐ D
☐ E/F
☐ G

2.__ _____

Street _____

City _____ State _____ ZIP Code _____

☐ D
☐ E/F
☐ G

2.__ _____

Street _____

City _____ State _____ ZIP Code _____

☐ D
☐ E/F
☐ G

2.__ _____

Street _____

City _____ State _____ ZIP Code _____

☐ D
☐ E/F
☐ G

2.__ _____

Street _____

City _____ State _____ ZIP Code _____

☐ D
☐ E/F
☐ G

Official Form 206H            Schedule H: Codebtors            page ___ of ___

Fill in this information to identify the case and this filing:

Debtor Name _Marilyn May Sloniker Bankruptcy Estate_

United States Bankruptcy Court for the: _Western_ District of _Wisconsin_
(State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _7/25/25_
MM / DD / YYYY

✗ _sloniker, marilyn may_
Signature of individual signing on behalf of debtor

_sloniker, marilyn may_
Printed name

_executrix_
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _Marilyn May Sleniker Bankruptcy Estate_

United States Bankruptcy Court for the: _Western_ District of _Wisconsin_
(State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☒ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to    Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to    Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

Debtor  *Marilyn May Sloniker Bankruptcy Estate*
_____
Name

Case number *(if known)* _____

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City          State     ZIP Code | ____<br>____<br>____<br>____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City          State     ZIP Code | ____<br>____<br>____<br>____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City          State     ZIP Code<br><br>Relationship to debtor<br>_____ | ____<br>____<br>____ | $_____ | _____<br>_____<br>_____ |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City          State     ZIP Code<br><br>Relationship to debtor<br>_____ | ____<br>____<br>____ | $_____ | _____<br>_____<br>_____ |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **2**

Debtor _Marilyn May Sloniker Bankruptcy Estate_
Name

Case number (if known) _____

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor,
sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Educators Credit Union<br>Creditor's name<br>1326 Willow Rd<br>Street<br>Mt Pleasant WI 53117<br>City / State / ZIP Code | Commercial properties | 2023 | $1.3 million |
| 5.2. | PHH Mortgage<br>Creditor's name<br>PO Box 24695<br>Street<br>West Palm Beach Fl 33416<br>City / State / ZIP Code | single family home | 1/2024 | $200,000 |

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of
the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name<br>Street<br>City / State / ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | _____ | $_____ |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Case number | | Name<br>Street<br>City / State / ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Case title<br>Case number | | Court or agency's name and address<br>Name<br>Street<br>City / State / ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    Marilyn May Sloniker Bankruptcy Estate    Case number (if known) _____
         _____
         Name

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City          State    ZIP Code | | |
| | Date of order or assignment | City          State    ZIP Code |

---

## Part 4:    Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | _____ | $_____ |
| 9.1. Recipient's name | | | |
| Street | | | |
| City          State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| | | _____ | $_____ |
| 9.2. Recipient's name | | | |
| Street | | | |
| City          State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## Part 5:    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | _____ | $_____ |

Debtor  *Marilyn May Sloniker Bankruptcy Estate*    Case number *(if known)*_____
        Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | _____ | | |

Debtor  Marilyn MaySloniker Bankruptcy Estate     Case number (if known) _____
_____Name_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| | | | | |
| | **Who received transfer?** | | | $_____ |
| 13.2. | _____ | _____ | _____ | |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | _____ | | From _____ | To _____ |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| 14.2. | _____ | | From _____ | To _____ |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |

Debtor  Marilyn May Sloniker Bankruptcy Estate          Case number (if known) _____
        _____
        Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.  Facility name _____   _____

Street _____   Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.   How are records kept?

_____   *Check all that apply:*

City        State      ZIP Code        _____   ☐ Electronically
                                                            ☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.  Facility name _____   _____

Street _____   Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.   How are records kept?

_____   *Check all that apply:*

City        State      ZIP Code        _____   ☐ Electronically
                                                            ☐ Paper

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan                                    Employer identification number of the plan

_____                                EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No

☐ Yes

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 7

Debtor  *Marilyn May Sloniker Bankruptcy Estate*
        Name                                             Case number (if known) _____

<hr>

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 8

Debtor    _Marilyn May Sloniker Bankruptcy Estate_    Case number *(if known)*_____
                Name

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name _____ | _____ | _____ | |
| Street _____ | _____ | _____ | |
| _____ | | | |
| City          State          ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Pending |
| Case number | Name _____ | _____ | ☐ On appeal |
| _____ | Street _____ | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor    Marilyn May Sloniker Bankruptcy Estate
_____Name_____    Case number (if known) _____

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | Dates business existed |
| | Street | | |
| | | | From _____    To _____ |
| | City    State    ZIP Code | | |
| 25.2. | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | Dates business existed |
| | Street | | |
| | | | From _____    To _____ |
| | City    State    ZIP Code | | |
| 25.3. | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | Dates business existed |
| | Street | | |
| | | | From _____    To _____ |
| | City    State    ZIP Code | | |

Debtor    Marilyn May Sloniker Bankruptcy Estate    Case number (if known) _____
       Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

**Name and address**

Dates of service

From _____    To _____

26a.1.  _____
       Name
       _____
       Street
       _____
       City                State        ZIP Code

**Name and address**

Dates of service

From _____    To _____

26a.2.  _____
       Name
       _____
       Street
       _____
       City                State        ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

**Name and address**

Dates of service

From _____    To _____

26b.1.  _____
       Name
       _____
       Street
       _____
       City                State        ZIP Code

**Name and address**

Dates of service

From _____    To _____

26b.2.  _____
       Name
       _____
       Street
       _____
       City                State        ZIP Code

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

**Name and address**

If any books of account and records are unavailable, explain why

26c.1.  _____
       Name
       _____
       Street
       _____
       City                State        ZIP Code

Debtor   *Marilyn May Sloniker Bankruptcy Estate*    Case number *(if known)*_____
     Name

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name | |
| | Street | |
| | | |
| | City                          State            ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

| 26d.1. | Name |
|---|---|
| | Street |
| | |
| | City                          State            ZIP Code |

**Name and address**

| 26d.2. | Name |
|---|---|
| | Street |
| | |
| | City                          State            ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

| 27.1. | Name |
|---|---|
| | Street |
| | |
| | City                          State            ZIP Code |

Debtor _Marilyn May Sloniker Bankruptcy Estate_____   Case number (if known)_____
Name

Name of the person who supervised the taking of the inventory     Date of inventory     The dollar amount and basis (cost, market, or other basis) of each inventory

_____     _____   $_____

Name and address of the person who has possession of inventory records

27.2.   _____
        Name
        _____
        Street
        _____
        City                    State        ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. _____ | _____ | _____ | _____ |
|       Name | | | |
|       _____ | | _____ | |
|       Street | | | |
|       _____ | | _____ | |
|       City      State   ZIP Code | | | |
|       Relationship to debtor | | _____ | |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 13

Debtor __Marilyn May Sloniker Bankruptcy Estate_____ Case number (if known)_____
Name

**Name and address of recipient**

30.2 _____
Name

_____
Street

_____
City                          State          ZIP Code

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

_____                EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

**Name of the pension fund**                          **Employer Identification number of the pension fund**

_____                EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7/25/25___
MM / DD / YYYY

✗ _Sloniker, marilyn may_____    Printed name _Sloniker, marilyn May_
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _executrix_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

Alliant energy
PO Box 351
Cedar Rapids, IA  52406-0351

Alliant Energy/WPL
PO Box 3062
Cedar Rapids, IA  52406-3062

John Deere Financial
PO Box 6600
Johnston, IA  50131-6600

BMO Harris
PO Box 6201
Carol Stream, IL  60197-6201

First Mid Bank and Trust
410 S Main St
Tuscola, IL  61953

Rock county Clerk of Circuit Court
51 S Main St
Janesville, WI  53545

County of Rock Treasurer Office
51 S main St
Janesville, WI  53545-3951

Wisconsin Department of Revenue
PO Box 8901
Madison, WI  53708-8901

Per Mar Security Services
PO Box 1101
Davenport, IA  52805-1101

John Deere financial
PO Box 4450
Carol Stream, IL  60197-4450

Russel Law Offices
PO Box 356
Shullsburg, WI  53586

Schloemer Law Firm
143 Main St 3rd Floor
West Bend, WI  53095

Pieper Electric
1133 N touson Dr
Janesville, WI 53511

Per Mar
514 Loves Park Dr
Loves Park, IL  61111

IRS
2135 Rimrock Rd
Madison, WI  53713

LRS/GFL
304 W sunny Lane
Janesville, WI  53545

Leyton
PO Box 2471
Woborn, MA01888

Educators Credit Union
1326 Willow Rd
Mt Pleasant, WI  53177

Angus Young Associates Inc
555 S River Rd
Janesville, WI  53548

RH Batterman & Co. Inc
2857 Bartells Dr
Beloit, WI  53511

Monona Plumbing
3126 Watford Way
Madison, WI  53713

PHH Mortgage
PO box 24695
West Palm Beach, FL  33416

Sheffield Financial
PO Box580229
Charlotte, NC  28258